1  ASCENSION LAW GROUP
   PAMELA TSAO, SBN 266734
2  Pamela.Tsao@ascensionlawgroup.com
   2030 East 4th Street, Suite 205
3  Santa Ana, California 92705
   Telephone:   (714) 783-4220
4  Facsimile:   (888) 505-1033

5  Attorney for Plaintiff
   NGOC LAM CHE
6

7  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
8  kfranklin@hansonbridgett.com
   JENNIFER A. FOLDVARY, SBN 292216
9  jfoldvary@hansonbridgett.com
   425 Market Street, 26th Floor
10 San Francisco, California 94105
   Telephone:   (415) 777-3200
11 Facsimile:   (415) 541-9366

12 Attorneys for Defendant
   FRIT SAN JOSE TOWN AND COUNTRY
13 VILLAGE, LLC

14
                  **UNITED STATES DISTRICT COURT**
15
                 **NORTHERN DISTRICT OF CALIFORNIA**
16

17
   NGOC LAM CHE, an individual,            CASE NO. 5:16-cv-503-KAW
18
                 Plaintiff,                **THIRD JOINT STIPULATION AND
19                                          [PROPOSED] ORDER TO EXTEND TIME
          v.                                FOR FRIT SAN JOSE TOWN AND
20                                          COUNTRY VILLAGE, LLC TO RESPOND
   FRIT SAN JOSE TOWN AND COUNTRY           TO PLAINTIFF'S COMPLAINT AND TO
21 VILLAGE, LLC, a limited liability company, CONTINUE DATE FOR COMPLETION
                                            OF JOINT INSPECTION OF PREMISES**
22               Defendant.

23

24

25

26

27
   112450143.1
28

1     **IT IS HEREBY STIPULATED by and between Plaintiff NGOC LAM CHE**

2  **("Plaintiff") and Defendant FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC**

3  **("Defendant"),** through their counsel of record, as follows:

4         WHEREAS, Plaintiff filed a complaint in this matter ("Complaint") on January 29,

5  2016;

6         WHEREAS, Defendant disputes that Plaintiff properly served Defendant with the

7  Complaint;

8         WHEREAS, Defendant and Plaintiff have agreed to waive service of the

9  Complaint;

10        WHEREAS, on April 6, 2016, Defendant and Plaintiff filed a Joint Stipulation and

11  [Proposed] Order to Extend Time for FRIT San Jose Town and Country Village, LLC to

12  Respond to Plaintiff's Complaint and to Continue Date for Completion of Joint Inspection

13  of Premises to extend Defendant's time to respond to the Complaint to May 23, 2016 and

14  to continue the date for completion of the joint site inspection to June 13, 2016;

15        WHEREAS, on April 7, 2016, the Court ordered Defendant to respond to the

16  Complaint on or before May 23, 2016 and continued the date for completion of the joint

17  site inspection to June 13, 2016;

18        WHEREAS, on May 20, 2016, Defendant and Plaintiff filed a Joint Stipulation and

19  [Proposed] Order to Extend Time for FR Westgate Mall, LLC to Respond to Plaintiff's

20  Complaint to extend Defendant's time to respond to the Complaint to June 13, 2016;

21        WHEREAS, on May 23, 2016, the Court ordered Defendant to respond to the

22  Complaint on or before June 13, 2016;

23        WHEREAS, Plaintiff and Defendant are engaged in continued discussions

24  regarding potential early resolution and scheduling a joint inspection of the premises;

25  / / /

26  / / /

27

28

212450143.1

2

5:16-CV-503 KAW
THIRD JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR FRIT SAN JOSE TOWN AND
COUNTRY VILLAGE, LLC TO RESPOND TO
PLAINTIFF'S COMPLAINT AND TO CONTINUE DATE
FOR COMPLETION OF JOINT INSPECTION OF
PREMISES

1    WHEREAS, in an effort to continue their early resolution discussions, Plaintiff and

2  Defendant have agreed to extend Defendant's time to respond to the Complaint to

3  July 13, 2016;

4    WHEREAS, Plaintiff and Defendant have also agreed to continue the date for

5  completion of the joint site inspection until July 13, 2016.

6    THEREFORE, the parties do hereby stipulate as follows:

7    1.    The parties stipulate to extend Defendant's time to respond to the

8    Complaint to July 13, 2016; and

9    2.    The parties stipulate to continue the date for completion of the joint site

10    inspection to July 13, 2016.

11

12    **IT IS SO STIPULATED.**

13

14  DATED:  June 10, 2016                    **ASCENSION LAW GROUP**

15

16                         By:   /s/ Pamela Tsao
                              PAMELA TSAO
17                              Attorney for Plaintiff
                              NGOC LAM CHE
18

19

20  DATED:  June 10, 2016                    **HANSON BRIDGETT LLP**

21

22                         By:   /s/ Jennifer A. Foldvary
                              KURT A. FRANKLIN
23                              JENNIFER A. FOLDVARY
                              Attorneys for Defendant
24                              FRIT SAN JOSE TOWN AND COUNTRY VILLAGE,
                              LLC
25

26

27                              3                    5:16-CV-503 KAW
                                            THIRD JOINT STIPULATION AND [PROPOSED]
28                                        ORDER TO EXTEND TIME FOR FRIT SAN JOSE
                                           TOWN AND COUNTRY VILLAGE, LLC TO
                                          RESPOND TO PLAINTIFF'S COMPLAINT AND TO
                                          CONTINUE DATE FOR COMPLETION OF JOINT
                                                INSPECTION OF PREMISES

**<u>ORDER</u>**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein,

IT IS HEREBY ORDERED that:

1.  Defendant shall respond to the Complaint on or before July 13, 2016; and

2.  The Parties shall complete a joint site inspection on or before July 13, 2016.

**IT IS SO ORDERED.**

DATE:   6/16/16

Hon. Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE

12450143.1

4

5:16-CV-503 KAW
THIRD JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME FOR FRIT SAN JOSE
TOWN AND COUNTRY VILLAGE, LLC TO
RESPOND TO PLAINTIFF'S COMPLAINT AND TO
CONTINUE DATE FOR COMPLETION OF JOINT
INSPECTION OF PREMISES