UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC,<br><br>　　　　Defendant. | Case No. 16-cv-00503-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS**<br><br>Re: Dkt. No. 23 |

On July 13, 2016, the parties filed a joint notice of settlement. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: July 14, 2016

　　　　　　　　　　　　　　　　　　_Kandis Westmore_____
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge